STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ADRIAN MARCELO ROMANO LORCA          Case No. 09-01723-SEK

                    Chapter 13        Attorney Name: ADA M CONDE VIDAL*

| I. Appearances | | Date: July 31, 2009 |
|---|---|---|
| Debtor | [✓] Present [ ] Absent | Time: 3:15 PM  Track: 04 |
| Joint Debtor | [ ] Present [ ] Absent | [✓] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor | [✓] Present [ ] Absent | Liquidation Value: 0 |
| [ ] Pro-se | | Creditors |
| [ ] Substitute _____ | | — none — |

| II. Oath Administered | |
|---|---|
| [✓] Yes   [ ] No | |

III. Documents Filed/Provided

[✓] Schedules                                    [ ] DSO Recipient's information
[✓] Statement of Financial Affairs (SOFA)        [✓] State Tax Returns 08-05  [✓] Returned
[✓] Statement of Current Monthly Income (SCMI)   [✓] Federal Tax Returns 04-05 [✓] Returned
[✓] Credit counseling briefing certificate (CCC) [✓] Evidence of income (60 days prior to petition)
    [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

IV. Status of Meeting   [✓] Closed    [ ] Not Held    [ ] Continued _____ at _____

V. Trustee's Report on Confirmation
                    [ ] FAVORABLE
                    [✓] UNFAVORABLE

[ ] Feasibility                                  [ ] No DSO certificate (Post-petition)
[✓] Insufficiently funded * see note             [ ] Evidence of income
[ ] Unfair discrimination                            [ ] Missing    [ ] Incomplete
[ ] Fails liquidation value test                 [ ] Stmt. of Current Monthly Income
[ ] Fails disposable income test (I & J)             [ ] Incomplete  [ ] Missing
[✓] No provision for secured creditor(s)             [ ] Fails commitment period [ ] Fails Disp. Income
    CRIM - However, debtor had             [ ] Certificate of Credit briefing
    objection (d.10)                             [ ] Missing [ ] More than 180 days
[ ] Treat value of collateral separately             [ ] Issuer not certified by U.S.T.
[ ] No provision for insurance                   [ ] Incomplete schedules
[ ] Tax returns missing                          [ ] Incomplete S.O.F.A.
    [ ] State - years _____                    [ ] Other:
    [ ] Federal - years _____

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ADRIAN MARCELO ROMANO LORCA

Case No. 09-01723-SEK

Chapter 13   Attorney Name: ADA M CONDE VIDAL*

**VI. Plan** (Cont.)
Date: March, 7, 2009   Base $ 3,600.00   [X] Filed   Evidence of Pmt shown: _____
Payments _2_ made out of _4_ due.   [ ] Not Filed

**VII. Confirmation Hearing Date:** May, 8, 2009

**VIII. Attorney's fees as per R. 2016(b)**
$1,000.00 - $ 0.00   = $ 1,000.00

**IX. Documents to be provided w/in _10_ days**

[ ] Amended schedules _____
[ ] Insurance estimate _____
[ ] Assumption/Rejection executory contract _____
[ ] Appraisal _____
[ ] State tax returns years _____
[ ] Federal tax returns years _____
[ ] Correct SS # (Form B21)
  [ ] Debtor  [ ] Joint debtor
[ ] Other: _____

[ ] Amended S.O.F.A. _____
[X] Amended plan will be amended for
[ ] Business Documents  5 years
[ ] Monthly reports for the months _____
[ ] Public Liability Insurance
[ ] Premises _____
[ ] Vehicle(s) _____
[ ] Licenses issued by: _____

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); _____
[ ] Other: _____

**COMMENTS**

(1) Debtor to still to address issue of DSO - Argentina.
(2) Provide evidence of DSO payments current.
(3) Amend J eliminate $40 expense water - included in rent and amend plan accordingly

_____
Trustee/Presiding Officer

Date: July 31, 2009
(Rev.)