IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN THE MATTER OF: | |
|---|---|
| ADRIAN MARCELO ROMANO LORCA | CASE NO. 09-01723 SEK |
| | Chapter 13 |
| XXX-XX-6155 | |
| | FILED & ENTERED ON 10/27/2009 |
| Debtor(s) | |

O R D E R

For the reasons stated in the Trustee's Motion to Dismiss filed on 09/09/2009, which has not been opposed, this case is hereby dismissed.

The Clerk will close all proceedings, vacate any hearing date and notify this Order.

The Clerk will give notice of this Order.

GIVEN in San Juan, Puerto Rico, 27 day of October, 2009.

Sara E. De Jesus Kellogg
U.S. Bankruptcy Judge

C: ALL CREDITORS
DEBTOR (S)
ADA M CONDE
ALEJANDRO OLIVERAS RIVERA